UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIL STEFON CARTER, #432110,

    Petitioner,

Case No. 18-10618

v.

ERICK BALCARCEL,

    Respondent.

_____/

## JUDGMENT

The above-entitled matter having come before the court, the Honorable Robert H. Cleland, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

                                    DAVID J. WEAVER
                                    CLERK OF THE COURT

Dated: April 2, 2018          By:   s/Lisa Wagner
                                      Deputy Clerk

APPROVED BY:

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE